IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| Ming D&Y Inc. <br>         Plaintiff <br> <br> v. <br> <br> Shenzhen Yima Technology Co. <br> Ltd., dba Novkin Direct <br>         Defendant | Civil Action No. |

COMPLAINT FOR PATENT INFRINGEMENT AND UNFAIR COMPETITION

The Parties, Jurisdiction & Venue

1. Ming D&Y ("Ming") is a corporation of the State of California having as its mailing address 4070 40th Ave. W, Vancouver, BC, Canada, V6N 3C1.

2. The Defendant, Shenzhen Yima Technology Co. Ltd. is a corporation of China and its principal address is believed to be 405 No. 167, Youngfu Rd., Tangwei Community, Fuhai St. Bao'am Distr., Shenzhen, GD, China, 518000 (hereafter "Shenzhen").

3. Shenzhen has caused tortious injury to Ming in the United States at large and in Virginia in particular including but not limited to by acts of patent infringement, including in the Eastern District of Virginia, and Shenzhen is not resident in the United States.

4. Jurisdiction is proper pursuant to 28 U.S.C. §1338(a). Venue is proper pursuant to 28 U.S.C. §1391(c)(3).

Count I – Patent Infringement Factual Background

5. Ming is the owner, by registered assignment from the inventors, of U S Patent 9,488,325 ("the'325 patent") for Light Transmission. The '325 patent is in full force and effect and has not expired and has not presently lapsed.

6. Shenzhen makes in China and sells in the United States including through amazon.com a product known as "2-Pack LED Dog. Col." which has as a product bar code X002QPVJ5D. According to Amazon this product has the following related information: "Date First Available : December 10, 2020; Manufacturer: Novkin; ASIN : B08Q86VTNN." On the Amazon website associated with this product (hereafter "The Accused LED Collar") the word NOVKIN is followed by an ® however according to the records of the USPTO the only NOVKIN registered trademark, #6,239,248, is owned by Shenzhen Fudeguang Technology Co. Ltd. of China. On the packaging for its product Shenzhen uses the word NOVKIN without the ® symbol.

7. Shenzhen has been advised by Ming that The Accused LED Collar literally infringes (and/or under the doctrine of equivalents) at least claims 8 & 9 of the '325 patent under 35 U. S. C. §271(a), and may be determined to infringe other claims after detailed technical information about the Accused LED Collar becomes available from Shenzhen.

8. Shenzhen has not terminated infringement of the '325 patent in response to Ming's notifications of infringement. Rather, Shenzhen has continued to sell The Accused LED Collar on amazon.com after notification of the '325 patent and its infringement thereof. In view of its continued actions Shenzhen has also induced infringement of claims of the '325 patent and is also liable as an infringer pursuant to 35 U. S. C. §271(b).

9. Despite having been notified of infringement Shenzhen has continued to wantonly, willfully, intentionally, and without justification, infringe claims of the '325 patent and will not

terminate its infringement by removing the directly-infringing Accused LED Collar from amazon.com and otherwise refraining from selling the infringing Accused LED Collar unless ordered to by this Court. Shenzhen's willful infringement is further evidenced by its failure to mention independent claims 8 and 12 in a Declaratory Judgment Action in wrongly filed in Texas and instead only focused on independent claim 1.

10. Ming has been damaged by the sale of The Accused LED Collar as an infringement of Ming's patent rights, and Ming will continue to be damaged without action by this Court.

Count II – Unfair Competition Factual Background

11. Ming repeats the allegations of paragraphs 1-10 above.

12. In its dealings with Amazon and others Shenzhen is in direct competition with Ming.

13. Shenzhen has willfully and wantonly made egregious false advertising and misleading misrepresentations to Amazon and, on information and belief, others regarding The Accused LED Collar. These instances of false advertisement and misleading misrepresentations include, but are not limited to, false representations that The Accused LED Collar does not infringe the '325 patent, that Shenzhen has the rights in the United States to the NOVKIN trademark and is the registered owner thereof, and misrepresenting to the Texas Court and others that the '325 patent was expired when it knew of or should have known that a maintenance fee was unintentionally delayed and that a petition to accept the unintentionally delayed fee had been filed.

Wherefore Ming asks for judgment in its favor pursuant to the following prayer for relief.

## PRAYER FOR RELIEF

A. An aware of damages adequate to compensate Ming for Shenzhen's infringement of the '325 patent including lost profits, but not less than a reasonable royalty pursuant to 35 U. S. C. §284.

B. Due to Shenzhen's intentional infringement that the award of damages be trebled pursuant to 35 U. S. C. §284.

C. Due to the exceptional nature of this case an award to Ming of its attorney fees pursuant to 35 U. S. C. §285.

D. The costs of bringing this action pursuant to 35 U. S. C. §284.

E. An injunction pursuant to 35 U. S. C. §283 requiring Shenzhen to stop selling the directly-infringing products and to remove them from amazon.com and barring Shenzhen from infringing in the future.

F. At no cost to Ming delivery of all infringing products within Shenzhen's control in the United States to Ming;

G. An award of damages to Ming for Shenzhen's unfair competition including but not limited to lost profits, damage to reputation, the cost of corrective actions, and punitive damages for Shenzhen's egregious and inequitable conduct; and

H. Such other relief as this Court deems just and proper in order to do justice and make Ming whole at law, and in equity.

## Jury Demand

Ming demands a trial by jury on all issues triable by right to a jury under the 7th Amendment of the Constitution of the United States, and Federal Rules of Civil Procedure 5(d) and 38.

Respectfully submitted,
/s/ *Robert A. Vanderhye*
Robert A. Vanderhye
Virginia Bar No. 13,523
ravar46@yahoo.com
801 Ridge Dr.
McLean, VA 22101-1625
Phone (703) 442-0422

**Attorney For Plaintiff Ming D&Y Inc.**